IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Annette Hartinger Miller, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 5:15-2542-RMG |
| ) | |
| vs. ) | |
| ) | |
| Carolyn W. Colvin, Acting Commissioner ) | **ORDER** |
| of Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

This matter comes before the Court for judicial review of the final decision of the Commissioner of Social Security denying Plaintiff's application for Supplemental Security Income ("SSI"). In accordance with 28 U.S.C. § 636(b) and Local Rule 73.02, D.S.C., this matter was referred to the United States Magistrate Judge for pretrial handling. The Magistrate Judge issued a Report and Recommendation on June 15, 2016, recommending that the decision of the Commissioner be reversed and remanded because the Administrative Law Judge failed to weigh the opinions of Plaintiff's treating physician, Dr. Hurley, under the standards of the Treating Physician Rule, 20 C.F.R. § 404.1527, and failed to weigh the opinions of Plaintiff's therapist, Ms. Lehman, as an "other source" under the standards set forth in SSR 06-03p, 2006 WL 2329939 at *4. (Dkt. No. 24). The Commissioner has filed a response to the Magistrate Judge's Report and Recommendation indicating that she will file no objections. (Dkt. No. 26).

The Court has reviewed the Report and Recommendation and the record evidence and finds that the Magistrate Judge has ably addressed the factual and legal issues in this matter.

-2-

Therefore, the Court **ADOPTS** the Report and Recommendation (Dkt. No. 24) as the order of this Court, **REVERSES** the decision of the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g), and **REMANDS** the matter to the Commissioner for further proceedings consistent with this order.

AND IT IS SO ORDERED.

_____
Richard Mark Gergel
United States District Judge

Charleston, South Carolina
June 23, 2016