UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| ANNETTE HARTINGER MILLER, | Civil Action No. 5:15-2542-RMG |
| Plaintiff, | |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

## ORDER

AND NOW, this 14th day of September, 2016, upon consideration of Stipulation for Payment of Attorney Fees and Expenses, it is hereby,

ORDERED that Plaintiff, Annette Hartinger Miller, is awarded attorney fees under the EAJA in the amount of Three Thousand and Nine Hundred Dollars ($3,900.00) in attorney fees with Sixteen Dollars ($16.00) in Expenses. These attorney fees will be paid directly to Plaintiff, Annette Hartinger Miller, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

_____
RICHARD M. GERGEL
UNITED STATES DISTRICT COURT JUDGE

September 14, 2016
Charleston, South Carolina